IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV467-GCM

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER GYPSUM COMPANY, INC., et al., | ) | Bankruptcy Case No. 16-31602 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |
| TRUCK INSURANCE EXCHANGE, | ) | |
| | ) | Adversary Proceeding No.: 19-3052 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAISER GYPSUM COMPANY, INC. and | ) | |
| HANSON PERMANENTE CEMENT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon its own motion. The Court is aware that the Parties have entered into a stipulation with regard to Defendant's deadline to respond to the Complaint. The Court will honor the Parties' stipulation. The Court is also aware that there are competing reorganization plans pending in the bankruptcy court the resolution of which may inform the Court of what needs to be done going forward. Accordingly, this matter will be STAYED until the bankruptcy court rules on the plan of reorganization.

IT IS SO ORDERED.

Signed: October 1, 2019

Graham C. Mullen
United States District Judge