IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV467-GCM

| | |
|---|---|
| In re: ) ) KAISER GYPSUM COMPANY, INC., et al., ) ) Debtors. ) ) _____ ) ) TRUCK INSURANCE EXCHANGE, ) ) Plaintiff, ) ) v. ) ) KAISER GYPSUM COMPANY, INC. and ) HANSON PERMANENTE CEMENT, INC., ) ) Defendants. ) _____ ) | Bankruptcy Case No. 16-31602<br><br>Chapter 11<br>(Jointly Administered)<br><br><br>Adversary Proceeding No.: 19-3052<br><br><br>ORDER |

This matter is before the Court upon Truck Insurance Exchange's Motion for Reconsideration of this Court's Order of October 1, 2019 staying this adversary proceeding pending the bankruptcy court's ruling on the proposed plan of reorganization. Having considered the matter, the Court hereby DENIES the motion.

IT IS SO ORDERED.

Signed: January 17, 2020

Graham C. Mullen
United States District Judge