IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV467-GCM

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KAISER GYPSUM COMPANY, INC. and ) | |
| HANSON PERMANENTE CEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

This case shall remain stayed until the Court rules on the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law in Case No.: 3:20CV537-GCM.

IT IS SO ORDERED.

Signed: November 2, 2020

Graham C. Mullen
United States District Judge